**No. 59436.**—S. Stern, Henry & Co. *v.* United States, protest 257898–K (New York).

Opinion by JOHNSON, J.   It was stipulated that, as set forth in the collector's letter of transmittal, the entry should have been liquidated on the basis of a total value, computed by multiplying the total invoiced weight of 11.40 kilos by the unit appraised value of $60 per kilo.   The claim of the plaintiff was sustained accordingly.

**No. 59437.**—Lawrence Michaels, Inc. *v.* United States, protest 249490–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 59438.**—H. A. Gogarty, Inc. *v.* United States, protest 252248–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 59439.**—Gehrig Hoban & Co., Inc. *v.* United States, protest 252478–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 59440.**—Wynpo Trading Co., Inc. *v.* United States, protest 253328–K (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.